# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSNET PIERRE,<br><br>                    Petitioner,<br><br>          v.<br><br>FERETI SEMAIA et al.,<br><br>                    Respondents. | Case No. 5:25-cv-02080-SB-AS<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the records herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation were made.  The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) judgment shall be entered denying the Petition and dismissing this action without prejudice.

Dated:  March 13, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge