JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROSNET PIERRE,

               Petitioner,

      v.

FERETI SEMAIA et al.,

               Respondents.

Case No. 5:25-cv-02080-SB-AS

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

Dated: March 13, 2026

_____

Stanley Blumenfeld, Jr.
United States District Judge